■ ORIX USA CORPORATION et al., Respondents and Counterclaim Defendants, v FIRST INTERSTATE BANCORP, Appellant, et al., Counterclaim Defendant. [604 NYS2d 714] —Order, Supreme Court, New York County (Stanley Sklar, J.), entered on or about May 5, 1993, unanimously affirmed for the reasons stated by Sklar, J., without costs and without disbursements. No opinion. Concur—Wallach, J. P., Ross, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ROMERO, Also Known as FRANK GUILOTTY, Appellant. [604 NYS2d 714] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered November 26, 1991, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent prison terms of 5 to 10 years, unanimously affirmed.

Defendant's challenge to the court's "no inference" charge as given is unpreserved for appellate review as a matter of law. Were we to consider the claim, we would affirm as the court's charge did not draw undue attention to defendant's decision not to testify *(People v Nunez,* 182 AD2d 527, *lv denied* 80 NY2d 836). Concur—Carro, J. P., Rosenberger, Ellerin and Kassal, JJ.